# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0177.  KIM v. KIM et al.

The captioned appeal was docketed in this Court on September 12, 2012.  The Appellant's brief, including enumeration of errors, was due to be filed no later than October 2, 2012.  Court of Appeals Rules 22 (a); 23 (a).  On October 3, 2012, Appellant filed an untimely motion requesting that this Court extend the time for filing the appellate brief and enumeration of errors for 60 days to allow time for the parties to close a settlement agreement and dismiss the appeal.  Court of Appeals Rules 16 (b); 23 (a).

The Appellant did not comply with the Rules of this Court requiring that an appellate brief and enumeration of errors be filed within 20 days after the appeal was docketed, nor did the Appellant request an extension of time before expiration of the 20 day filing deadline.  Accordingly, the request for an extension of time is DENIED and the appeal is DISMISSED.  Court of Appeals Rules 16 (b); 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/09/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*